IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gary W. Woods, et al.,

    Plaintiffs,

v.

FacilitySource LLC, et al.,

    Defendants.

Case No: 2:13-cv-621

Judge Graham

Magistrate Judge Deavers

## Order

Defendants' motion to voluntarily dismiss their counterclaim without prejudice (doc. 84) is GRANTED. The Clerk of Court shall enter judgment in favor of defendants and shall terminate all remaining motions as moot.

    s/ James L. Graham
    JAMES L. GRAHAM
    United States District Judge

DATE: February 4, 2015

1